# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149346(19)

WAED MURAD (Deceased), and HUDA
MURAD (Surviving Spouse),
        Plaintiff-Appellant,

v

                                    SC: 149346
                                    COA: 318343

METRO CAR COMPANY and
FRANKENMUTH MUTUAL INSURANCE
COMPANY,
        Defendants-Appellees.

MCAC: 12-000036

_____/

        On order of the Court, the motion for reconsideration of this Court's September 5, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

d0223